BENJAMIN B. WAGNER
United States Attorney
BAYLEIGH J. PETTIGREW
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000



FILED

MAY 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:04-MJ-02227 |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| THOMASINA WILSON, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Bayleigh J. Pettigrew, Special Assistant United States Attorney, hereby moves to dismiss the Information filed against Thomasina Wilson on or about November 12, 2004, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 8, 2015 .

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Bayleigh J. Pettigrew
BAYLEIGH J. PETTIGREW
Special Assistant U.S. Attorney

1

U.S. v. Wilson

## O R D E R

IT IS HEREBY ORDERED that the Information filed on November 12, 2004, against Thomasina Wilson, be dismissed, without prejudice, in the interest of justice.

Dated: May 18, 2015

HON. GARY S. AUSTIN
United States Magistrate Judge

cc: USM

U.S. v. Wilson